

# Fourth Court of Appeals
## San Antonio, Texas

March 10, 2020

No. 04-20-00106-CV

**SINKIN & BARRETTO, PLLC** and Stephanie Bandoske,
Appellant

v.

Martha **MCCRACKEN** and Cohesion Properties, LTD.,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-00637
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

On March 3, 2020, we ordered Appellants to show cause in writing that the clerk's record has been paid. Appellants timely complied; our March 3, 2020 order is satisfied.

We ORDER the Bexar County District Clerk to file the clerk's record with this court within TEN DAYS of the date of this order.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court